UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

JUDY BROWNE,

                       Plaintiff,

  -against-                                     3:06-CV-1515
                                                       (LEK/VEB)

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                       Defendant.

## **<u>DECISION AND ORDER</u>**

      This matter comes before the Court following a Report-Recommendation filed on May 5, 2009, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 19).  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Judy Browne, which were filed on May 19, 2009.  Objections (Dkt. No. 22).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  <u>Id.</u>  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 19) is **APPROVED** and

1

**ADOPTED** in its **ENTIRETY**; and it is further

      **ORDERED**, that Defendant's Motion for judgment on the pleadings is **GRANTED**, that Plaintiff's Motion for judgment on the pleadings is **DENIED**; and it is further

      **ORDERED**, that the decision of the Commissioner of Social Security be **AFFIRMED**; and it is further

      **ORDERED,** that Defendant's Motion to substitute attorney (Dkt. No. 20) is **GRANTED**; and it is further

      **ORDERED**, that the Clerk serve a copy of this Order on all parties.

      **IT IS SO ORDERED**.

DATED:    June 3, 2009
              Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge